In the Matter of JOHN L. REYNOLDS, Appellant, v ERNEST J. DUSTMAN et al., Respondents.

Submitted November 17, 2003; decided November 20, 2003

Motion by John L. Reynolds for assignment of counsel etc. denied.

In the Matter of LEONZA WATKINS, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted August 25, 2003; decided November 20, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of FREEMAN WEBB, Appellant, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.

Submitted September 8, 2003; decided November 20, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.